**Order entered July 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01436-CR

**RAYMOND CRAIG FREEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F16-41797-I**

## ORDER

Appellant's brief was filed May 1, 2019. Counsel did not, however, file a motion to withdraw as counsel to accompany the *Anders* brief. She also did not provide proof (1) she informed appellant of his right to file a pro se response, his right to review the record before filing that response, and his pro se right to seek discretionary review should the court of appeals declare his appeal frivolous, or (2) she provided appellant with a copy of the clerk's record and reporter's record or informed him he should immediately file a motion for pro se access to the appellate record with the court of appeals. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014). We notified counsel of the failure to file a motion to withdraw by letter dated May 23, 2019; to date, counsel has not responded and we have had no further communication from her.

Accordingly, counsel Sharita Blacknall is **ORDERED** to file, by **July 26, 2019**, a motion to withdraw as counsel along with proof she has complied with the requirements of *Kelly*. If counsel fails to comply with this order, this appeal will be abated for a hearing in the trial court regarding appellant's representation.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Nancy Kennedy, Presiding Judge, Criminal District Court No. 2; to counsel Sharita Blacknall; and to the Dallas County District Attorney.


/s/     LANA MYERS
        JUSTICE